UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

MIGUEL O. TEJADA,

Defendant,

Criminal No. 09-MJ-077-01

**FILED**

MAR 25 2010

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**ORDER**

The Court having been advised by the Probation Office that Miguel O. Tejada's sentence of twelve months Probation is scheduled to terminate on March 25, 2010, and that he has not completed the 100 hours of community service imposed as a special condition of his sentence, and it appearing to the Court that the Defendant has failed to meet the community service condition of his probationary sentence, the Court is hereby extending the period of Defendant's Probation by six months. Accordingly, it is this 25th day of March, 2010, hereby

ORDERED that the sentence of twelve months probation is extended for an additional period of six months. If during this additional period of Probation the Defendant successfully completes the required community service, which service is confirmed by the Probation Office, the Court will entertain a request from the Defendant and the Probation Office that the additional term of Probation be terminated.

ALAN KAY
UNITED STATES MAGISTRATE JUDGE